**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed October 23, 2018.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00877-CV

## IN RE GHAZALA BUTT, M.D., JANIS SNYDER, CRNA, AND THE METHODIST HOSPITAL, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-14096**

## MEMORANDUM OPINION

On October 10, 2018, relators Ghazala Butt, M.D., Janis Snyder, CRNA, and The Methodist Hospital filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Bill Burke, presiding judge

of the 189th District Court of Harris County, to grant relators' motion for leave to designate certain persons as responsible third parties.

On October 15, 2018, relators filed a motion to dismiss their petition for writ of mandamus because the parties have agreed to settle the case.

We GRANT the motion and dismiss relators' petition for writ of mandamus.


PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Busby.